United States Bankruptcy Court
District of Arizona
One

In re: Richard Dwayne Medrano, Sr. and Cecilia Wizar Medrano         Case No.   2:06-bk-01484-RTB
                                                                     Chapter   13

Last four digits of Social Security No.: 8213
Debtors                                  7047

AMENDED

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

[X] We have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

[ ] We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

[X] We intend to do the following with respect to the property of the estate which secures those consumer debts:

## Property Securing Debt

| Description of Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) |
|---|---|---|---|---|---|
| 2003 Honda Civic | Honda Financial Corp. | X | | | |
| 2003 Jeep Liberty | Chase Bank | | | | X |
| Computer | Citi Financial | | | | X |
| Computer | Dell Financial | | | | X |
| Residence: 322 E. Desert Dr., Phx, AZ | America's Servicing Co. | | | | X |
| Residence: 322 E. Desert Dr., Phx, AZ | Option One | | | | X |

## Contracts and Leases

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. §362(h)(1)(A) |
|---|---|---|
| NONE | | |

1   continuation sheet(s) attached

United States Bankruptcy Court
District of Arizona
One

In re: Richard Dwayne Medrano, Sr. and Cecilia Wizar Medrano    Case No.    2:06-bk-01484-RTB

Chapter    13

Last four digits of Social Security No.: 8213
Debtors                                       7047

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

(Continuation Sheet)

Date: 12-20-06    Signed: *Richard Dwayne Medrano Sr.*
Richard Dwayne Medrano, Sr.

*Cecilia Wizar Medrano*
Cecilia Wizar Medrano

0  continuation sheet(s) attached