SO ORDERED.

Dated: June 06, 2007

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Peter H. Westby, Esq. #003487
PLATT AND WESTBY, P.C.
2916 North Seventh Avenue Suite 100
Phoenix, Arizona 85013
Telephone: (602) 277-4441
Facsimile: (602) 277-0388
E-Mail: pwestby@plattwestby.com
Attorney for Debtors

medrano/BP10749-00/db
dismiss.order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| RICHARD DWAYNE MEDRANO, SR. and CECILIA WIZAR MEDRANO, | No. 2:06-bk-01484-RTB |
| Debtors. | DISMISSAL ORDER |

A Notice of Dismissal having been filed by the above-named Debtors, and the Debtors having the right to dismiss the case,

IT IS HEREBY ORDERED:

1. That the above-entitled Chapter 13 Bankruptcy Case is dismissed.

2. The Trustee shall be paid his percentage fee from all payments received from the Debtors pursuant to 28 U.S.C. §586(e)(2).

3. After payment of the Trustee's percentage fee, the Trustee will retain the Debtors funds pending court approval of the payment of administrative expenses of Debtors' attorney.

DATED this _____ day of _____, 2007.

_____
Redfield T. Baum
U.S. Bankruptcy Judge