In RE: RICHARD DWAYNE MEDRANO SR  
CECILIA WIZAR MEDRANO  
322 E DESERT DR  
PHOENIX AZ 85042

Case Number: 06-01484 PHX RTB  
Report Printed 1/14/2008

**Final Report and Account**
For a Dismissed Case

SS #: xxx-xx-8213  
SS #: xxx-xx-7047

Plan Filed: 5/19/2006  Plan Confirmed:  Case Concluded: 6/6/2007  
Attorney: Peter H. Westby, Esq.

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors. $9,484.67

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| Generic Creditor<br>See Proof of Claim<br>, - | 001-0 | Sec | 2,766.22 | | | | $2,766.22 |
| US Bank National Association<br>MAC X2501-01D<br>One Home Campus<br>Des Moines ,IA 50328- | 002-0 | Sec | 295.00 | | | | $295.00 |
| Chase Auto Finance<br>Attn: Bankruptcy/Recovery Department<br>P.O. Box 901032<br>Ft. Worth,TX 76101-2032 | 003-0 | Sec | 3,887.31 | 234.42 | | 485.58 | $3,652.89 |
| Generic Creditor<br>See Proof of Claim<br>, - | 004-0 | Sec | 17,315.79 | | | | Surrendered |
| Generic Creditor<br>See Proof of Claim<br>, - | 004-1 | Uns | 309.53 | | | | Objection |
| Generic Creditor<br>See Proof of Claim<br>, - | 005-0 | Sec | 200.00 | | | | $200.00 |
| Generic Creditor<br>See Proof of Claim<br>, - | 005-1 | Uns | 1,873.60 | | | | $1,873.60 |
| General Unsecured<br>P.O. Box 10434<br>Phoenix ,AZ 85064- | 006-0 | Uns | 33,993.00 | | | | $33,993.00 |
| Peter H. Westby, Esq.<br>Platt & Westby, P.C.<br>2916 N. Seventh Ave., Suite 100<br>Phoenix ,AZ 85013- | 777-0 | Leg | 1,500.00 | 1,500.00 | | | $0.00 |
| RICHARD DWAYNE MEDRANO SR<br>322 E DESERT DR<br>PHOENIX,AZ 85042 | 999-0 | Dbt | 7,116.48 | 7,116.48 | | | $0.00 |
| Edward Maney, Chapter 13 Trust<br>P. O. Box 10434<br>Phoenix ,AZ 85064- | TRS-0 | Tru | 148.19 | 148.19 | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Debtor | Trustee | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $7,148.53 | $0.00 | $36,176.13 | $0.00 | $1,500.00 | $7,116.48 | $148.19 | | |
| Total Paid | $234.42 | $0.00 | $0.00 | $0.00 | $1,500.00 | $7,116.48 | $148.19 | | |
| Total Int Pd | $485.58 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $6,914.11 | $0.00 | $36,176.13 | $0.00 | $0.00 | | $0.00 | Total Paid | $9,484.67 |

I hereby certify that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

The Trustee hereby certifies that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

_____
Edward J. Maney

CERTIFICATE OF MAILING FOR CASE NO. 06-01484

Copies of the foregoing mailed (see electronic signature below) to the following:

Peter H. Westby, Esq.
Platt & Westby, P.C.
2916 N. Seventh Ave., Suite 100
Phoenix, AZ  85013-
Attorney for Debtor

RICHARD DWAYNE MEDRANO SR
322 E DESERT DR
PHOENIX, AZ  85042
Debtor

CECILIA WIZAR MEDRANO
Co-Debtor


Creditor


By: _____